UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

EDWARD R. HUGHES

      v.                    CA No. 01-451-T

UNITED STATES OF AMERICA

### ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

    Regardless of how it is denominated, petitioner's "Motion for Reconsideration of Memorandum and Order Denying 28 U.S.C. § 2255 Motion, or Granting C.O.A." is a successive § 2255 motion which is denied for reasons set forth in the government's memorandum in opposition, namely: it is time barred and permission to file a successive petition, first, requires permission from the Court of Appeals.

                                         By Order

                                         /s/ _____
                                         Deputy Clerk

ENTER:

/s/ _____
Ernest C. Torres
Sr. U.S. District Judge

Date: 1/17/07